IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 11-CR-00224-01-02-DW |
| JOSHUA SIMONSON, and KRISTEN SIMONSON, | ) ) ) ) |
| Defendants. | ) |

## ORDER

It is hereby ORDERED that a pretrial conference is set for Wednesday, November 28, 2012, commencing at 9:00 a.m. in Courtroom #8B of the United States Courthouse at 400 E. 9th Street in Kansas City, Missouri, before the undersigned. The purpose of the pretrial conference is to resolve the Government's Motion *in Limine* (Doc. 62). Counsel for the Government, the Defendant Joshua Simonson, and the Defendant Kristen Simonson are required to attend the pretrial conference in person. The Clerk of Court is directed to mail a copy of this Order to both Defendants via regular and certified mail, return receipt requested, at their last known address.

IT IS SO ORDERED.

Date:  November 20, 2012                     /s/ Dean Whipple
                                              Dean Whipple
                                              United States District Judge