| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Date: 11/28/12 |
| | ) | |
| vs. | ) | Case No. 11-00224-01/02-CR-W-DW |
| | ) | |
| JOSHUA SIMONSON and, | ) | |
| KRISTEN SIMONSON, | ) | |
| | ) | |
| Defendants. | ) | |

MINUTES OF PRETRIAL CONFERENCE

HONORABLE Dean Whipple presiding at Kansas City, Missouri.
================================================================
Nature of Proceeding: Criminal Jury Trial
Time Commenced: 9:00 a.m.                    Time Terminated: 9:45 a.m.
Plaintiff by:    Dan Nelson, AUSA            Defendant by:    Pro Se
                 Roseann Ketchmark, AUSA                      John Osgood, Stand-by Counsel
                                                              Nicklaus Seacord, Stand-by Counsel

| Remarks: | Witness Testifying |
|---|---|
| Court in session at 9:00 a.m. Government appears by Roseann Ketchmark and Dan Nelson. Defendants appear pro se, Stand-by Counsel appear at the direction of the court. Court holds pretrial conference. Court takes up Government's motion in limine. Court hears argument. Court grants Government's motion in limine. Court releases stand-by counsel of their obligation to appear during trial and directs them to be available by phone during the trial. Court in recess at 9:45 a.m. | |

Court Reporter: Denna Lamken                    By:   Tracy L. Diefenbach