# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSHUA SIMONSON and KRISTEN ) <br> SIMONSON, ) <br> ) <br> Defendants. ) | No. 11-CR-00224-01-02-DW |

# ORDER

On Wednesday, November 28, 2012, the Court presided over a hearing on the parties' Motions in Limine. See Docs. 62, 74. The purpose of this Order is to memorialize the rulings made at that hearing. After considering the record and the parties' arguments, the Court sustained the Government's Motion in Limine (Doc. 62). Consequently, it is hereby ORDERED that the Government's Motion in Limine (Doc. 62) is GRANTED, and it is ORDERED that:

(1) the Defendants are prohibited at trial from introducing any evidence and from making any arguments or references to any alleged remedial measures that occurred on or after September 21, 2011, which is the date of the Indictment; and

(2) the Defendants are prohibited at trial from introducing any evidence and from making any arguments or references to, or any provision of, the Uniform Commercial Code, the Administrative Procedures Act, the Universal Postal Union Convention, and any other civil, administrative, regulatory, or international law; and

(3) the Defendants are prohibited at trial from introducing any evidence and from making any arguments or references related to sovereign citizens, redemption theories, or about the United States of America either going on or off the gold standard; and

(4) the Defendants are only allowed to call witnesses at trial that have personal knowledge of the events underlying the Indictment. The Defendants are specifically precluded from calling at trial the following individuals: the Clerk of Court Ann Thompson, Magistrate Judge John Maughmer, Pre-Trial Officer Emil "Van" Hecke, United States Treasury Secretary Timothy Geithner, or Assistant United States Attorney Daniel M. Nelson; and

(5) the Defendants shall not refer to any exhibit as "self-authenticating evidence" at trial; and

(6) the Defendants shall not be allowed to admit any of their proposed exhibits, with the exception of Exhibit LL; and

(7) the Defendants may file, by 5:00 p.m. on Friday, November 30, 2012, a brief that contains law they believe is applicable to any of the foregoing rulings; and

(8) counsel for the Government, and both Defendants shall be present in Courtroom #8B of the United States Courthouse at 400 E. 9th Street in Kansas City, Missouri, no later than 8:15 a.m. on Monday, December 3, 2012.

The Clerk of Court is directed to mail a copy of this Order to the Defendants, via regular and certified mail, return receipt requested, at their last known address.

IT IS SO ORDERED.

Date:  November 29, 2012                             /s/ Dean Whipple
                                                            Dean Whipple
                                                     United States District Judge